**No. 41711.**—Protest 918420–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the paper weights in question were held dutiable at 40 percent under paragraph 339. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816), *United States* v. *Friedlaender* (id. 103, T. D. 46445), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

**No. 41712.**—Protest 964872–G of Guth Stern & Co., Inc. (New York).

Opinion by DALLINGER, J. It appeared that the articles in question are used in traveling sets for holding soap, tooth brushes, and other articles. It was found that they are hollow ware within the meaning of paragraph 339 but it was not established that the base metal is not composed of aluminum. The protest was therefore overruled.

**No. 41713.**—Petition 5742–R of Electric City Box Co., Inc. (Buffalo).

Opinion by DALLINGER, J. It appeared that the appraisement was made on the basis of information received from the petitioner. Being satisfied of the good faith of the petitioner and that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser the court granted the petition.

BEFORE THE SECOND DIVISION, JUNE 26, 1939

**No. 41714.**—Protest 943167–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. Crepe de chine baby shoes were held dutiable at 35 percent under paragraph 1530 (e) as claimed.

**No. 41715.**—Protest 430300–G of J. E. Bernard & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41716.**—Protest 987013 of Max Taub (New York).

Opinion by TILSON, J. Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.